## Mildred Garrett, Appellant, v. National Casualty Company, Appellee.

### Gen. No. 42,563.

opinion filed May 5, 1944. Henry L. Blim, for appellant; Donald M. Roche, for appellee; Dean A. Esling, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.